IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Kipen Henry, et al.                              *

**Plaintiff,**

                                                 *

v.                                               *     Case No. 8:25-cv-01448-PX

                                                 *

J.J.F. Management Services, Inc., et al.

**Defendant.**                                   *

## MOTION FOR ADMISSION PRO HAC VICE

I, Nicholas A. Migliaccio, am a member in good standing of the bar of this Court. I am moving the admission of William B. Federman to appear pro hac vice in this case as counsel for Kipen Henry, et al.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

    State Court & Date of Admission         U.S. Court & Date of Admission

    See Attached.

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court  zero  time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or  **Jason S. Rathod**  , is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *[signature]* | *[signature]* |
| Signature | Signature |
| Nicholas A. Migliaccio, 29077 | William B. Federman |
| Printed name and bar number | Printed name |
| Migliaccio & Rathod LLP | Federman & Sherwood |
| Office name | Office name |
| 412 H St. NE, Suite 302, Washington, D.C. 20002 | 10205 N. Pennsylvania Ave., Oklahoma City, OK 73120 |
| Address | Address |
| 202-470-3520 | 405-235-1560 |
| Telephone number | Telephone number |
| 202-800-2730 | 405-239-2112 |
| Fax Number | Fax Number |
| nmigliaccio@classlawdc.com | wbf@federmanlaw.com |
| Email Address | Email Address |

**Exhibit A**

| Court Admitted | Date Admitted | Bar Number |
|---|---|---|
| State of Oklahoma | October 14, 1982 | 2853 |
| U.S.D.C. Western District of Oklahoma | December 1, 1982 | N/A |
| U.S.D.C. Northern District of Oklahoma | May 26, 1983 | N/A |
| U.S. Court of Appeals, 10th Circuit | November 8, 1983 | N/A |
| U.S.D.C. District of Columbia | July 15, 1985 | 390425 |
| State of New York | September 22, 1988 | 2215341 |
| U.S.D.C. Southern District of New York | October 2, 1990 | |
| State of Texas | November 2, 1995 | 00794935 |
| U.S.D.C. Eastern District of Oklahoma | February 1, 1996 | N/A |
| U.S.D.C. Southern District of Texas | January 6, 1998 | N/A |
| U.S.D.C. Western District of Arkansas | January 23, 1998 | N/A |
| U.S.D.C. Eastern District of Arkansas | January 23, 1998 | N/A |
| U.S. Court of Appeals, Federal Circuit | November 4, 1998 | N/A |
| U.S.D.C. Northern District of Texas | January 13, 1999 | N/A |
| U.S.D.C. Eastern District of Texas | July 30, 2002 | N/A |
| U.S. Court of Appeals, 2nd Circuit | June 16, 2003 | N/A |
| U.S.D.C. Eastern District of New York | October 9, 2003 | N/A |
| U.S. Court of Appeals, 4th Circuit | October 10, 2003 | N/A |
| U.S. Court of Appeals, 5th Circuit | February 19, 2004 | N/A |
| United States Supreme Court | May 16, 2005 | N/A |
| U.S.D.C. Western District of Texas | November 4, 2005 | N/A |
| U.S.D.C. Eastern District of Ohio | January 13, 2006 | N/A |
| U.S. Court of Appeals, 1st Circuit | January 24, 2006 | N/A |

| | | |
|---|---|---|
| U.S. Court of Appeals, 3rd Circuit | June 19, 2007 | N/A |
| U.S. Court of Appeals, 8th Circuit | April 28, 2008 | N/A |
| U.S. Court of Appeals, 6th Circuit | May 28, 2009 | N/A |
| U.S. Court of Appeals, 7th Circuit | January 28, 2011 | N/A |
| U.S. Court of Appeals, 9th Circuit | April 16, 2012 | N/A |
| U.S.D.C. District of Colorado | June 8, 2012 | N/A |
| U.S.D.C. Central District of Illinois | February 3, 2020 | N/A |
| U.S.D.C. District of Nebraska | September 8, 2022 | N/A |
| U.S.D.C. Eastern District of Michigan | September 12, 2022 | N/A |
| U.S.D.C. Eastern District of Wisconsin | October 4, 2022 | N/A |
| U.S.D.C. Northern District of Illinois | August 15, 2023 | N/A |
| U.S.D.C. Northern District of New York | November 21, 2023 | N/A |
| U.S.D.C. Western District of Michigan | November 21, 2023 | N/A |