# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Kipen Henry, et al.

v.

J.J.F. Management Services, Inc. d/b/a Fitzgerald Auto Malls

Case No. 8:25-cv-01448-PX

## RETURN OF SERVICE

I served the following documents (check all that apply):

- [x] summons
- [x] complaint and any attachments
- [ ] subpoena
- [ ] other - describe: _____

By (check method of service):

- [ ] Personal - place served: _____
- [x] Certified mail, restricted delivery - attach green card
- [ ] Left copies at subject's dwelling house or usual place of abode with person of suitable age and discretion residing therein
- [ ] Other - describe: _____

On (name of person or entity served): J.J.F. Management Services, Inc. d/b/a Fitzgerald Auto Malls

Date of service: 5/14/2025

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

5/19/2025
Date

*Signature*
Signature of Process Server

William B. Federman
Printed Name of Process Server

10205 N. Pennsylvania Ave., Oklahoma City, OK 73120
Address of Process Server

405-235-1560
Telephone Number of Process Server

ReturnofService (06/2016)