**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FITZGERALD AUTO MALLS
11411 ROCKVILLE PIKE
ROCKVILLE, MD 20852



9590 9402 9250 4295 1498 82

2. Article Number *(Transfer from service label)*

9589 0710 5270 1729 4729 77

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addresse

B. Received by *(Printed Name)*

Debbie Cherer

C. Date of Deliver

5 1 2

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   ail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restrict
   Delivery
☐ Signature Confirmation™
☐ Signature Confirmation
   Restricted Delivery

PS Form 3811 July 2020 PSN 7530-02-000-9053

Domestic Return Receip



USPS TRACKING #

9590 9402 9250 4295 1498 82

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

William B. Federman
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120

FITZGERALD AUTO MALL — COMPLAINT & SUMMONS
73120-4117    21 DAYS