## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND
### SOUTHERN DIVISION

| | |
|---|---|
| **CHRISTOPHER AMRINE**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**J.J.F. MANAGEMENT SERVICES, INC. d/b/a FITZGERALD AUTO MALLS**,<br><br>Defendant. | Case No.: 8:25-cv-1377-PX |
| **ALEX NORWOOD**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**J.J.F. MANAGEMENT SERVICES, INC. d/b/a FITZGERALD AUTO MALLS**,<br><br>Defendant. | Case No. 8:25-cv-1399-PX |
| **KIPEN HENRY**, on behalf of himself and on behalf of all other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>**J.J.F. MANAGEMENT SERVICES, INC. d/b/a FITZGERALD AUTO MALLS**,<br><br>Defendant. | Case No. 8:25-cv-1448 |

## NOTICE OF RELATED CASES

**PLEASE TAKE NOTICE** that Plaintiffs Christopher Amrine, Alex Norwood, and Kipen Henry (collectively, "Plaintiffs")  filed a *Motion to Consolidate and Appoint Interim Leadership Counsel* on May 6, 2025 ("Motion"), requesting that the Court consolidate the above-captioned matters pursuant to Federal Rule of Civil Procedure ("Rule") 42(a) and appoint Nicholas A. Migliaccio of Migliaccio & Rathod LLP, Cassandra P. Miller of Strauss Borrelli PLLC, and Kennedy M. Brian of Federman & Sherwood as Interim Co-Lead Class Counsel pursuant to Rule 23(g)(3). Since filing the Motion, three (3) related matters have been filed that arise out of the same set of facts and assert overlapping claims for relief on behalf of similar putative classes:

1.    *Kelly Frolo v. J.J.F. Management Services, Inc. d/b/a Fitzgerald Auto Malls*, No. 8:25-cv-01474 (D. Md.);

2.    *Lamb v. J.J.F Management Services, Inc. d/b/a Fitzgerald Auto Malls*, No. 8:25-cv-01508 (D. Md.); and

3.    *Arnold Abraham v. J.J.F Management Services, Inc. d/b/a Fitzgerald Auto Malls*, No. 8:25-cv-01892 (D. Md.).

For the same reasons set forth in the Motion, Plaintiffs respectfully request consolidation of the above-captioned matters into the first-filed case—*Amrine v. J.J.F. Management Services, Inc. d/b/a Fitzgerald Auto Malls*, No. 8:25-cv-1377 (D. Md.)—and request that the newly filed related cases be stayed pending the Court's decision on Plaintiffs' Motion.

Date: June 24, 2025                           Respectfully Submitted,


                                              */s/ Nicholas A. Migliaccio*
                                              Nicholas A. Migliaccio
                                              **MIGLIACCIO & RATHOD LLP**
                                              412 H St NE, Suite 302
                                              Washington D.C. 20002

2

T: (202) 470-3520
F: (202) 800-2730
E: nmigliaccio@classlawdc.com

*Counsel for Plaintiff Amrine*

Cassandra P. Miller*
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com

*Counsel for Plaintiff Norwood*

Kennedy M. Brian
(admitted *pro hac vice*)
William B. Federman
(admitted *pro hac vice*)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
T: (405) 235-1560
F: (405) 239-2112
E: kpb@federmanlaw.com
E: wbf@federmanlaw.com

*Counsel for Plaintiff Henry*

**Pro Hac Vice* forthcoming